UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LOANWISE FINANCIAL, LLC,**

    **Plaintiff,**

v.                                        Case No: 6:17-cv-878-Orl-41KRS

**SAUL WALLE, RUDY HOBBS, JAMES BEECHAM, MICHELE DERITIS, BRIAN JAEGER, JASON SMITH and BRIAN PEDRICK,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on United State Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 15), in which she recommends that this case be remanded for want of subject matter jurisdiction. After a *de novo* review of the record, and noting that no objections were timely filed,[1] this Court agrees entirely with the analysis set forth in the Report and Recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is **REMANDED** to the Ninth Judicial Circuit in and for Orange County, Florida, Case Number 2017-CA-003314-O.

3. The Clerk is directed to terminate all pending motions and close this case.

---

[1] After Judge Spaulding submitted her Report and Recommendation, the parties filed a Joint Notice and Stipulation for Remand (Doc. 20), which the Court construes as a joint notice of no objection.

**DONE** and **ORDERED** in Orlando, Florida on July 3, 2017.



Copies furnished to:

Counsel of Record
Clerk of the Court of the Ninth Judicial Circuit in and for Orange County, Florida